# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gurpreet Singh, | No. CV-26-00395-PHX-RM (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Chris Howard, et al., | |
| Respondents. | |

The Court granted Petitioner's Petition for Writ of Habeas Corpus on February 3, 2026, and directed Respondents to either release Petitioner or provide him with a bond hearing within seven days. (Doc. 8.) On April 24, 2026, Petitioner filed an Amended Motion to Amend the Court's February 3, 2026 Order,[1] in which he presents two arguments in support of his release. (*Id.*) First, he argues that he should be released because he was not provided a pre-deprivation hearing prior to his re-detention after release on parole. (*Id.* at 4-6.) Second, he argues that he should be released because the bond hearing he received after this Court's February 3, 2026 Order was not before a neutral arbiter due to increased bias in favor of the Government by Immigration Judges. (*Id.* at 6-10.) Finally, Petitioner argues that even if release is not granted, he should be afforded a bond hearing in which the burden is on the Government to show that Petitioner's continued detention is justified.

---

[1] Petitioner filed his original Motion to Amend the Court's February 3, 2026 Order on April 20, 2026. (Doc. 12.) On April 24, 2026, Petitioner filed a Notice of Errata explaining that the original Motion to Amend once referred to Petitioner by the wrong name, and incorrectly stated that counsel for both parties had met and conferred prior to the filing of the Motion. (Doc. 13.)

(*Id.* at 10-11.) Given the nature of the relief requested, the Court will require Respondents to file a response to Petitioner's Amended Motion to Amend the Court's February 3, 2026 Order by May 1, 2026.

Accordingly,

**IT IS ORDERED** that Respondents shall file a response to Petitioner's Amended Motion to Amend the Court's February 3, 2026 Order by **May 1, 2026**. Petitioner may file a reply in support of his Amended Motion to Amend the Court's February 3, 2026 Order on or before **May 5, 2026**.

Dated this 28th day of April, 2026.

_____
Honorable Rosemary Márquez
United States District Judge

- 2 -